GEORGE W. WHITE, Appellant, *v.* CHARLES WHITE et al.,
Respondents.

(Argued June 19, 1888; decided June 26, 1888.)

MOTION to dismiss appeal from order of the General Term
of the Superior Court of the city of New York, which reversed
a final judgment in favor of plaintiff, entered upon a referee's
report on an accounting as directed by an interlocutory judg-
ment, and sent the case back to a new referee

*Albert Stickney* for motion.

*Artemus H. Holmes* opposed.

Agree to grant motion.
All concur ; no opinion.
Appeal dismissed.

————

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
ANDREW E. MERWIN, Appellant.

(Argued June 13, 1888; decided June 29, 1888.)

APPEAL from judgment of the General Term of the Supreme
Court in the fourth judicial department, entered upon an order
made April 17, 1888, which affirmed a judgment of the Court
of Sessions of Onondaga county, entered upon a verdict con-
victing defendant of the crime of grand larceny.

*Ceylon H. Lewis* for appellant.

*Lawrence T. Jones* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.